REBUILT RANGE COMPANY, PLAINTIFF-RESPONDENT, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, DEFENDANT-APPELLANT.

Submitted May term, 1936—Decided October 9, 1936.

Before Justices BODINE and HEHER.

For the appellant, *Frederic B. Scott*.

For the respondent, *Simon & Cohen* (*Martin Simon*, of counsel.

PER CURIAM.

The judgment is affirmed, on the authority of *Sprotte* v. *Delaware, Lackawanna and Western Railroad Co.*, 90 *N. J. L.* 720; 101 *Atl. Rep.* 518.

We find a sufficient basis in the proofs for the findings that the stoves, shipped as they were in open crates, and therefore subject to inspection, were in good condition when delivered to the initial carrier, and, consequently, that the conceded damage occurred thereafter.

Judgment affirmed, with costs.